UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Randy Lyons**                 Docket No. 5:08-CR-112-1D

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Randy Lyons, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 24, 2009, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Randy Lyons was released from custody on October 22, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 7, 2015, the defendant was charged with Speeding and Driving Under the Influence (15CR205441) in Wake County, North Carolina. These charges are pending in state court. In addition, the defendant failed to notify the probation officer of contact with law enforcement within 72 hours as instructed. The probation office respectfully recommends continuing the defendant on supervision and allowing the case to resolve itself in the state court system. As a sanction for this noncompliance, the probation officer recommends that the conditions of supervision be modified to include 24 hours of community service. Furthermore the defendant will be required to obtain an alcohol assessment and has been instructed to follow any treatment recommendations outlined in the assessment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Arthur B Campbell<br>Arthur B Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: March 25, 2015 |

Randy Lyons
Docket No. 5:08-CR-112-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge